IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ-AGUILAR, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-13-126 |
| | § | (CRIMINAL NO. B-11-694-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On July 2, 2014, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 31]. Petitioner has objected [Doc. No. 34] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation, grants the Government's Motion to Dismiss [Doc. No. 20], and denies Faustino Hernandez-Aguilar's petition to vacate, modify or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1]. Further, the issuance of a Certificate of Appealability is denied.

Signed this 6th day of August, 2014.

_____
Andrew S. Hanen
United States District Judge